IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60298
Conference Calendar

_____

COREY WALKER; GARY WATSON; GARY LEE MOORE,

                                        Plaintiffs-Appellants,

versus

EDWARD HARGETT; PATTY LEGG;
DAVID COLLINS; CO-1 MELTON;
CO-1 HOOPER; CO-1 WATSON;
CO-1 HARRISON; CO-1 SNEED;
CO-1 HAWKINS,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for Northern District of Mississippi
USDC No. 4:95-CV-140-B-B
- - - - - - - - - -
December 11, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Corey Walker (Mississippi prisoner #94700) and Gary Watson (Mississippi prisoner #82484) have failed to properly notice an appeal of the district court's dismissal of their suit.  Their appeal is DISMISSED for want of appellate jurisdiction.  *See* *Carter v. Stalder*, 60 F.3d 238, 239 (5th Cir. 1995).

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Gary Lee Moore (Mississippi prisoner #65396) appeals the district court's dismissal of his civil rights suit as frivolous. Because Moore has failed to raise an issue which is cognizable under 42 U.S.C. § 1983, we AFFIRM the district court's judgment. *See Sandin v. Conner*, 115 S. Ct. 2293, 2300 (1995).

AFFIRMED.